**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**
**Grand Jury Sworn in on November 9, 2023**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | |
| **JOHN RAYMOND CONNER III,** | : | **22 D.C. Code §§ 3002 (a)(1), 3020(a)(5),** |
| | : | **3020(a)(6), & 4502** |
| **Defendant.** | : | **(First Degree Sexual Abuse While Armed** |
| | : | **with Aggravating Circumstances)** |
| | : | **22 D.C. Code §§ 2001 & 4502** |
| | : | **(Kidnapping While Armed)** |
| | : | **22 D.C. Code § 402** |
| | : | **(Assault with a Dangerous Weapon)** |
| | : | **22 D.C. Code § 3252** |
| | : | **(Blackmail)** |
| | : | **18 U.S.C. § 2250(a)** |
| | : | **(Failure to Register as a Sex Offender)** |
| | : | **18 U.S.C. § 2250(d)** |
| | : | **(Crime of Violence)** |

**I N D I C T M E N T**

The Grand Jury Charges that:

**COUNT ONE**

On or about August 24, 2009, within the District of Columbia, the defendant, **JOHN RAYMOND CONNER III**, while armed with, and having readily available, a dangerous and deadly weapon, that is a knife, engaged in a sexual act with A.B., that is penetration of A.B.'s vulva by **JOHN RAYMOND CONNER III's** penis, by using force against A.B.

The Grand Jury further charges that at the time **JOHN RAYMOND CONNER III** committed First Degree Sexual Abuse, as charged in this Count of the Indictment, **JOHN RAYMOND CONNER III** was armed with, and had readily available, a dangerous and deadly weapon, that is a knife.

The Grand Jury further charges that **JOHN RAYMOND CONNER III** is and has been found guilty of committing sex offenses against 2 or more victims.

(**First Degree Sexual Abuse While Armed** (Aggravating Circumstances), in violation of 22 D.C. Code, Sections 3002(a)(1), 3020(a)(5), 3020(a)(6), 4502 (2001 ed.))

## COUNT TWO

On or about August 24, 2009, within the District of Columbia, the defendant, **JOHN RAYMOND CONNER III**, while armed with, and having readily available, a dangerous and deadly weapon, that is a knife, engaged in a sexual act with A.B., that is contact between **JOHN RAYMOND CONNER III's** penis and A.B.'s mouth, by using force against A.B.

The Grand Jury further charges that at the time **JOHN RAYMOND CONNER III** committed First Degree Sexual Abuse, as charged in this Count of the Indictment, **JOHN RAYMOND CONNER III** was armed with, and had readily available, a dangerous and deadly weapon, that is a knife.

The Grand Jury further charges that **JOHN RAYMOND CONNER III** is and has been found guilty of committing sex offenses against 2 or more victims.

(**First Degree Sexual Abuse While Armed** (Aggravating Circumstances), in violation of 22 D.C. Code, Sections 3002(a)(1), 3020(a)(5), 3020(a)(6), 4502 (2001 ed.))

## COUNT THREE

On or about April 17, 2023, within the District of Columbia, the defendant, **JOHN RAYMOND CONNER III**, while armed with, and having readily available, a dangerous and deadly weapon, that is a knife, engaged in a sexual act with A.S., that is contact between **JOHN RAYMOND CONNER III's** penis and A.S.'s mouth, by using force against A.S.

The Grand Jury further charges that at the time **JOHN RAYMOND CONNER III** committed First Degree Sexual Abuse, as charged in this Count of the Indictment, **JOHN RAYMOND CONNER III** was armed with, and had readily available, a dangerous and deadly weapon, that is a knife.

The Grand Jury further charges that **JOHN RAYMOND CONNER III** is and has been found guilty of committing sex offenses against 2 or more victims.

**(First Degree Sexual Abuse While Armed** (Aggravating Circumstances), in violation of 22 D.C. Code, Sections 3002(a)(1), 3020(a)(5), 3020(a)(6), 4502 (2001 ed.))

## COUNT FOUR

On or about April 17, 2023, within the District of Columbia, the defendant, **JOHN RAYMOND CONNER III**, while armed with, and having readily available, a dangerous and deadly weapon, that is a knife, engaged in a sexual act with A.S., that is penetration of A.S.'s vulva by **JOHN RAYMOND CONNER III's** penis, by using force against A.S.

The Grand Jury further charges that at the time **JOHN RAYMOND CONNER III** committed First Degree Sexual Abuse, as charged in this Count of the Indictment, **JOHN RAYMOND CONNER III** was armed with, and had readily available, a dangerous and deadly weapon, that is a knife.

The Grand Jury further charges that **JOHN RAYMOND CONNER III** is and has been found guilty of committing sex offenses against 2 or more victims.

**(First Degree Sexual Abuse While Armed** (Aggravating Circumstances), in violation of 22 D.C. Code, Sections 3002(a)(1), 3020(a)(5), 3020(a)(6), 4502 (2001 ed.))

## COUNT FIVE

On or about April 17, 2023, within the District of Columbia, the defendant, **JOHN RAYMOND CONNER III**, while armed with, and having readily available, a dangerous and deadly weapon, that is a knife, engaged in a sexual act with A.S., that is penetration of A.S.'s anus by **JOHN RAYMOND CONNER III**'s penis, by using force against A.S.

The Grand Jury further charges that at the time **JOHN RAYMOND CONNER III** committed First Degree Sexual Abuse, as charged in this Count of the Indictment, **JOHN RAYMOND CONNER III** was armed with, and had readily available, a dangerous and deadly weapon, that is a knife.

The Grand Jury further charges that **JOHN RAYMOND CONNER III** is and has been found guilty of committing sex offenses against 2 or more victims.

**(First Degree Sexual Abuse While Armed** (Aggravating Circumstances), in violation of 22 D.C. Code, Sections 3002(a)(1), 3020(a)(5), 3020(a)(6), 4502 (2001 ed.))

## COUNT SIX

On or about April 17, 2023, within the District of Columbia, the defendant, **JOHN RAYMOND CONNER III**, while armed with, and having readily available, a dangerous and deadly weapon, that is a knife, engaged in a sexual act with A.S., that is contact between **JOHN RAYMOND CONNER III**'s mouth and A.S.'s vulva, by using force against A.S.

The Grand Jury further charges that at the time **JOHN RAYMOND CONNER III** committed First Degree Sexual Abuse, as charged in this Count of the Indictment, **JOHN RAYMOND CONNER III** was armed with, and had readily available, a dangerous and deadly weapon, that is a knife.

The Grand Jury further charges that **JOHN RAYMOND CONNER III** is and has been found guilty of committing sex offenses against 2 or more victims.

(**First Degree Sexual Abuse While Armed** (Aggravating Circumstances), in violation of 22 D.C. Code, Sections 3002(a)(1), 3020(a)(5), 3020(a)(6), 4502 (2001 ed.))

## COUNT SEVEN

On or about April 17, 2023, within the District of Columbia, the defendant, **JOHN RAYMOND CONNER III**, while armed with, and having readily available, a dangerous and deadly weapon, that is a knife, engaged in a sexual act with A.S., that is penetration of A.S.'s anus by **JOHN RAYMOND CONNER III's** finger, with the intent to abuse, humiliate, harass, degrade and arouse and gratify the sexual desire of **JOHN RAYMOND CONNER III** and A.S. by using force against A.S.

The Grand Jury further charges that at the time **JOHN RAYMOND CONNER III** committed First Degree Sexual Abuse, as charged in this Count of the Indictment, **JOHN RAYMOND CONNER III** was armed with, and had readily available, a dangerous and deadly weapon, that is a knife.

The Grand Jury further charges that **JOHN RAYMOND CONNER III** is and has been found guilty of committing sex offenses against 2 or more victims.

(**First Degree Sexual Abuse While Armed** (Aggravating Circumstances), in violation of 22 D.C. Code, Sections 3002(a)(1), 3020(a)(5), 3020(a)(6), 4502 (2001 ed.))

## COUNT EIGHT

On or about April 17, 2023, within the District of Columbia, the defendant, **JOHN RAYMOND CONNER III**, while armed with, and having readily available, a dangerous and deadly weapon, that is a knife, engaged in a sexual act with A.S., that is penetration of A.S.'s vulva

5

by **JOHN RAYMOND CONNER III's** finger, with the intent to abuse, humiliate, harass, degrade and arouse and gratify the sexual desire of **JOHN RAYMOND CONNER III** and A.S. by using force against A.S.

The Grand Jury further charges that at the time **JOHN RAYMOND CONNER III** committed First Degree Sexual Abuse, as charged in this Count of the Indictment, **JOHN RAYMOND CONNER III** was armed with, and had readily available, a dangerous and deadly weapon, that is a knife.

The Grand Jury further charges that **JOHN RAYMOND CONNER III** is and has been found guilty of committing sex offenses against 2 or more victims.

(**First Degree Sexual Abuse While Armed** (Aggravating Circumstances), in violation of 22 D.C. Code, Sections 3002(a)(1), 3020(a)(5), 3020(a)(6), 4502 (2001 ed.))

## COUNT NINE

On or about April 17, 2023, within the District of Columbia, the defendant, **JOHN RAYMOND CONNER III**, while armed with, and having readily available, a dangerous and deadly weapon, that is a knife, seized, confined, abducted, and carried away A.S., with intent to hold and detain A.S., for the purpose of assaulting A.S.

(**Kidnapping While Armed**, in violation of 22 D.C. Code, Sections 2001, 4502 (2001 ed.))

## COUNT TEN

On or about April 17, 2023, within the District of Columbia, the defendant, **JOHN RAYMOND CONNER III**, assaulted A.S. while armed with a dangerous weapon, that is, a knife.

(**Assault with a Dangerous Weapon**, in violation of 22 D.C. Code Section 402 (2001 ed.))

## COUNT ELEVEN

On or about April 17, 2023, within the District of Columbia, **JOHN RAYMOND CONNER III,** knowingly, willfully and with the intent to obtain property of another and to cause another to do or refrain from doing any act, did threaten to distribute a photograph, whether authentic or inauthentic, tending to subject A.S. to hatred, contempt, ridicule, embarrassment, and other injury to reputation.

(**Blackmail**, in violation of 22 D.C. Code, Section 3252 (2001 ed.))

## COUNT TWELVE

Between on or about September 1, 2022 and on or about February 13, 2024, within the District of Columbia and elsewhere, the defendant, **JOHN RAYMOND CONNER III**, a person required to register under the Sex Offender Registration and Notification Act, and a sex offender by reason of a conviction under the law of the District of Columbia, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act.

(**Failure to Register as a Sex Offender**, in violation of Title 18, United States Code, Section 2250(a))

## COUNT THIRTEEN

On or about April 17, 2023, within the District of Columbia and elsewhere, the defendant, **JOHN RAYMOND CONNER III**, having failed to register as a sex offender, in violation of Title 18 United States Code, Section 2250(a), committed the crime of First Degree Sexual Abuse, in violation of 22 D.C. Code Sections 3002(a)(1), a crime of violence under Federal law.

(Commission of Crime of Violence While Failing to Register as a Sex Offender, in violation of Title 18, United States Code, Section 2250(d))

A TRUE BILL

FOREPERSON

*Matthew M. Graves / JJI*

Attorney of the United States
And for the District of Columbia

8