# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Received: 1/13/2025

Sent to Chambers: 1/16/2025

TO: **Judge** Loren L. AliKhan

RE: Criminal Action No.: 24-350

Please indicate on the face of **each document** whether leave to file is granted or denied.

Thank you

ANGELA D. CAESAR, Clerk of Court

By: Shedelke Dorsett

Attachment(s):
Motion for Recusal of Prosecutors

CO-930A
(Rev. 9/2011)

District Court for the District of Columbia
Felony Criminal Matter

JOHN CONNER, et al
V
UNITED STATES

24-cr-00350-LLA

Judge: Loren L AliKhan

## Motion for Recusal of Prosecutors

John Conner, the defendant respectfully moves this honorable Court to motion for recusal the grounds for this motion are detailed A prosector/USOA may be disqualified from participating in a particular investigation or prosecution if such participation may result in a personal, financial or political conflict of interest or appearance thereof. Defendant assent that disqualification is warranted because Amy Zubrensky and Robert Platt falsified documents to maintain my imprisonment and falsifying excuplatory evidence obstruction of justice through falsified DNA findings, lying and impersonating a witness to a federal grand jury.

RECEIVED Mail Room JAN 13 2025 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

**LEAVE TO FILE GRANTED.
DOCUMENT SHALL BE FILED AS MOTION
FOR RECUSAL OF PROSECUTORS.
1/28/2025**

## Procedural Background

(Maintaining false imprisonment) - Incident One

On February 13, 2024 I was arrested at 734 langston terrace NE around 4:35pm by U.S Marshalls and taken to 5th district police station. On February 14, 2024 I was taken to Superior Court and was formally charged and awaited trial for 6 months When Amy zubrensky and Robert platt did not obtain a formal indictment through a federal grand jury, I Should have been released on my own personal recognizance Instead my case was dropped and moved to the district Court of Columbia in violation of my Constitutional rights this intentional action by Amy zubrensky and Robert platt shows intentional personal animosity and Conflict of intrest against the defendant.

Incident two
(Obstruction of Justice through falsified DNA findings)

When viewing my affidavit complaint it stated that there was no dna findings nor were any Collected from the scene, DNA Chain of Custody will support this finding furthermore my DNA was colleted by detectives and now the goverment stated on the record my DNA was on the Crime Scene, This was used to gain a tactical advantage over the defendant to have the appearance or thereof of guilt

and this will prevent the defendant from having a fair trial if Amy Zubrensky and Robert Platt participate in defendant case.

Incident three
(Lying and impersonating a Witness to a federal grand Jury) When Amy Zubrensky and Robert Platt could not get and indictment in the Superior Court within a 120 days they then in another Court System, they acted as a Witness in front of a federal grand Jury that a crime occurred without any witness or victim testimony. grand jury transcripts will reflect this testimony of the defendant. This shows a personal bias and Vindictiveness that the defendant will not recieve a fair trail or due process if Amy Zubrensky and Robert Platt to prosecute this case.

Wherefore defendant JoHN CoNNER respectfully prays that this Court grants the following relief to recuse Robert Platt and Amy Zubrensky pursant to DC R Prof Conduct 8.4 (c) and DC prof Conduct 3.8(e) defendant respectfully request a hearing on this motion to recuse to present arguments and evidence Supporting this motion



Date  12-24-24
*John Conner*
Date  12-24-24
JoHN CoNNER

Foregoing

On this day of December 24, 2024 this truth is best of my knowledge and mailed on the above date

Prosecutors Robert Platt & Amy Zubrenky

Defense Attorney Marc Eisentein

John Conner
Pro SE





District of Columbia
Signed and sworn to (or affirmed) before me on 12-31-24 by John Conner
Name(s) of Individual(s) making Statement
Signature of Notarial Officer
Title of Office: Case Manager
My commission expires: 05-31-2024

RECEIVED
Mail Room
JAN 1 3 2025
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia