# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 24-cr-350** |
| **v.** : | |
| : | |
| : | |
| **JOHN RAYMOND CONNER** : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court and counsel that the government will be represented in the above-captioned matter by Assistant United States Attorney Caroline Burrell, who will join the other counsel for the government who have previously filed their appearances in the case.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney

By:  */s/ Caroline Burrell*
Caroline Burrell
CA Bar No. 283687
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 815-8613
caroline.burrell@usdoj.gov