# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No.  24-cr-350-LLA** |
| | : | |
| **JOHN RAYMOND CONNER, III** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF OBJECTIONS TO PROPOSED DEPOSITION PROCEDURES

Defendant John Raymond Conner, III ("Mr. Conner"), by and through his counsel, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully submits the following Notice of Objections to Proposed Deposition Procedures in compliance with this Court's Order of August 3, 2026 (ECF No. 82 at 14). Mr. Conner respectfully maintains his objection to holding a Rule 15 deposition of Bode scientist Oluwakemi Sowemimo.

With respect to the Government's proposed deposition procedures (ECF No. 79 at 12), Mr. Conner notes as follows. Given that the deposition will be video recorded, to the extent there is any possibility that Mr. Conner will be visible on the recording and any possibility that any portion of the recording may be admitted at trial for the jury to view, Mr. Conner respectfully requests that he be permitted to appear in civilian, non-jail clothing. Mr. Conner respectfully requests that the Court

1

alert the United States Marshals Service that defense counsel will bring clothing to the lockup for Mr. Conner to wear during the deposition. Counsel is concerned that absent advance notice from the Court, the United States Marshals Service may decline to accept clothing given that the deposition does not appear on the calendar as a jury trial proceeding. Moreover, if Mr. Conner will be visible in the video recording, he respectfully requests that the Court direct the D.C. Department of Corrections to offer him a haircut or hair styling before August 10.

With respect to the fourth point in the Government's proposed deposition procedures, Mr. Conner notes that he does not in any way concede the admissibility of the anticipated deposition testimony.

Counsel continues to await the production of the other Bode SOPs (apart from amplification) related to the testing in the A.S. matter, the validation studies relevant to the testing in the A.S. matter, and all other discovery covered by the Court's Order.

Respectfully submitted,

_____/s/_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of August, 2026, the foregoing was served on all parties via ECF.

_____/s/_____
Michael E. Lawlor

3